| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | | |
|---|---|---|
| In Re:<br>Sabik Sotolongo | Case No.<br>Chapter:<br>Judge: | 21-19798<br>13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Sabik Sotolongo__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [✓] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/31/2025

_Sabik Sotolongo_
Debtor's Signature

**IMPORTANT:**
o  Each debtor in a joint case must file separate Certifications in Support of Discharge.
o  A discharge will not be entered for a debtor who fails to file a __completed__ Certification in Support of Discharge.

rev.8-1-18