| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | | |
|---|---|---|
| In Re:<br>Sabik Sotolongo | Case No. | 21-19798 |
| | Chapter: | 13 |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Sabik Sotolongo_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/31/2025

_____
Sabik Sotolongo
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8 1 18*