**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sabik Sotolongo** <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5547 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–19798–RG | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Sabik Sotolongo
   aka Sabik Ruiz

   2/20/25                                         **By the court:** Rosemary Gambardella
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Sabik Sotolongo  
    Debtor

Case No. 21-19798-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 6  
Date Rcvd: Feb 20, 2025      Form ID: 3180W      Total Noticed: 76

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sabik Sotolongo, 3 Chaytor Street, Clifton, NJ 07013-1903 |
| cr | + | Nationstar Mortgage LLC, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |
| 519470496 | + | Bank of America c/o, Rubin & Rothman LLC, 1787 Veterans Highway, Ste. 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 519470498 | + | Cecilia Ruiz, 28 Roosevelt Avenue, Dumont, NJ 07628-2915 |
| 519470511 | + | Clifton Sewer Authority, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519470526 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519470527 | | Home Point Financial, Attn: 11511 Luna Road, Suite 200, Farmer's Branch, TX 75234 |
| 519470542 | + | Solar Spectrum, 150 Linden Street, Oakland, CA 94607-2538 |
| 519470561 | + | The Home Depot Credit Card c/o, Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519470565 | + | Toyota Fsb, Po Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519512919 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2025 21:20:20 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519470491 | + | Email/Text: CollectionsDepartment@atlfedcu.com | Feb 20 2025 21:13:00 | Atlantic Federal Cred, P.o. Box 618, Kenilworth, NJ 07033-0618 |
| 519470492 | | EDI: BANKAMER | Feb 21 2025 01:38:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519470494 | + | EDI: BANKAMER | Feb 21 2025 01:38:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519470493 | + | EDI: BANKAMER | Feb 21 2025 01:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519470495 | + | EDI: BANKAMER | Feb 21 2025 01:38:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519476061 | | EDI: BANKAMER | Feb 21 2025 01:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519470497 | + | EDI: CITICORP | Feb 21 2025 01:38:00 | CBNA/Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 519470502 | + | EDI: JPMORGANCHASE | Feb 21 2025 01:38:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519470502 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 21-19798-RG    Doc 52    Filed 02/22/25    Entered 02/23/25 00:15:51    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 3180W | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 20 2025 21:19:57 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519470499 | + | EDI: JPMORGANCHASE | | |
| | | | Feb 21 2025 01:38:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519470499 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 20 2025 21:36:38 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519470506 | + | EDI: CITICORP | | |
| | | | Feb 21 2025 01:38:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519470505 | + | EDI: CITICORP | | |
| | | | Feb 21 2025 01:38:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519470508 | + | EDI: CITICORP | | |
| | | | Feb 21 2025 01:38:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519470507 | | EDI: CITICORP | | |
| | | | Feb 21 2025 01:38:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519470510 | + | EDI: CITICORP | | |
| | | | Feb 21 2025 01:38:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519470509 | + | EDI: CITICORP | | |
| | | | Feb 21 2025 01:38:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519470512 | + | EDI: WFNNB.COM | | |
| | | | Feb 21 2025 01:38:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519470513 | + | EDI: WFNNB.COM | | |
| | | | Feb 21 2025 01:38:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 519470514 | + | EDI: CITICORP | | |
| | | | Feb 21 2025 01:38:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519470515 | + | EDI: CITICORP | | |
| | | | Feb 21 2025 01:38:00 | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519470524 | | Email/Text: bankruptcy@dcu.org | | |
| | | | Feb 20 2025 21:15:00 | Digital Federal Credit Union, Attn: Bankrptcy Dept, P.O. Box 9130, Marlborough, MA 01752 |
| 519470516 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Feb 20 2025 21:14:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519470520 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Feb 20 2025 21:14:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519470525 | ^ | MEBN | | |
| | | | Feb 20 2025 20:57:18 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519470528 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 20 2025 21:12:00 | Home Point Financial, 4849 Greenville Avenue, Dallas, TX 75206-4130 |
| 519497167 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 20 2025 21:12:00 | Home Point Financial Corporation, Attn: Correspondence and Payments, 11511 Luna Rd Suite 300, Farmers Branch, TX 75234-6451 |
| 519642336 | ^ | MEBN | | |
| | | | Feb 20 2025 20:57:14 | Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707, Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |
| 519642335 | ^ | MEBN | | |
| | | | Feb 20 2025 20:57:15 | Home Point Financial Corporation, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 519470529 | + | EDI: JPMORGANCHASE | | |
| | | | Feb 21 2025 01:38:00 | JPMCB/Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 519470529 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 20 2025 21:52:39 | JPMCB/Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 519494285 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Feb 20 2025 21:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

Case 21-19798-RG    Doc 52    Filed 02/22/25    Entered 02/23/25 00:15:51    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Feb 20, 2025 | Form ID: 3180W | Total Noticed: 76 |

| | | | |
| --- | --- | --- | --- |
| | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519470530 | + Email/Text: PBNCNotifications@perituservices.com | Feb 20 2025 21:11:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519470531 | + Email/Text: PBNCNotifications@perituservices.com | Feb 20 2025 21:11:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519493201 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2025 21:20:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520064339 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 21:12:00 | NATIONSTAR MORTGAGE LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520064340 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 21:12:00 | NATIONSTAR MORTGAGE LLC, P.O. Box 619096, Dallas, TX 75261-9741, NATIONSTAR MORTGAGE LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520027405 | ^ MEBN | Feb 20 2025 20:57:21 | Nationstar Mortgage LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519515741 | EDI: PRA.COM | Feb 21 2025 01:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519515737 | EDI: PRA.COM | Feb 21 2025 01:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519470532 | + Email/Text: ngisupport@radiusgs.com | Feb 20 2025 21:12:00 | Radius Global, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 519470533 | + Email/Text: bankruptcy@rubinrothman.com | Feb 20 2025 21:11:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Ste. 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 519470534 | + Email/Text: clientservices@simonsagency.com | Feb 20 2025 21:15:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519470538 | + Email/Text: clientservices@simonsagency.com | Feb 20 2025 21:15:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519504344 | ^ MEBN | Feb 20 2025 20:57:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519471618 | + EDI: AISACG.COM | Feb 21 2025 01:38:00 | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519471618 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 21:19:58 | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519470543 | + EDI: SYNC | Feb 21 2025 01:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519470543 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:20:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519470544 | + EDI: SYNC | Feb 21 2025 01:38:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519470544 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:20:10 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519470547 | + EDI: SYNC | Feb 21 2025 01:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519470547 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:20:28 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519470548 | + EDI: SYNC | Feb 21 2025 01:38:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519470548 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 21-19798-RG    Doc 52    Filed 02/22/25    Entered 02/23/25 00:15:51    Desc Imaged
                              Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 3180W | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| | | Feb 20 2025 21:20:35 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519470549 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519470549 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:37:53 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519470550 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519470550 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:20:36 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519470551 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519470551 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:19:56 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519470553 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519470553 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:36:03 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519470552 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519470552 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:19:56 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519470555 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/Yamaha, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519470555 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:36:04 | Synchrony Bank/Yamaha, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519470556 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/Yamaha, Po Box 965073, Orlando, FL 32896-5073 |
| 519470556 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:19:57 | Synchrony Bank/Yamaha, Po Box 965073, Orlando, FL 32896-5073 |
| 519470545 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519470545 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 22:09:12 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519470546 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519470546 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:37:32 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519470557 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519470557 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:20:35 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519470558 | + EDI: SYNC | | |
| | | Feb 21 2025 01:38:00 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519470558 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2025 21:20:17 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519470560 | + EDI: WTRRNBANK.COM | | |
| | | Feb 21 2025 01:38:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519470559 | + EDI: WTRRNBANK.COM | | |
| | | Feb 21 2025 01:38:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

District/off: 0312-2 | User: admin | Page 5 of 6
Date Rcvd: Feb 20, 2025 | Form ID: 3180W | Total Noticed: 76

| Recip ID | | | | |
|---|---|---|---|---|
| 519470562 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Feb 20 2025 21:13:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519470563 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Feb 20 2025 21:13:00 | Toyota Financial Services, 4 Gatehall Dr. #350, Parsippany, NJ 07054-4522 |
| 519470564 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Feb 20 2025 21:13:00 | Toyota Fsb, Po Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 85

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519470503 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519470504 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519470500 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519470501 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519470517 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519470518 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519470519 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519470521 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519470522 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519470523 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519470535 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519470536 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519470537 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519470539 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519470540 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519470541 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519470554 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com  ecfnotices@grosspolowy.com |
| David G. Beslow | on behalf of Debtor Sabik Sotolongo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b |

District/off: 0312-2     User: admin     Page 6 of 6
Date Rcvd: Feb 20, 2025     Form ID: 3180W     Total Noticed: 76

estcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon

on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kimberly A. Wilson

on behalf of Creditor HOMEPOINT FINANCIAL CORPORATION kimwilson@raslg.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg

magecf@magtrustee.com

Mark Goldman

on behalf of Debtor Sabik Sotolongo yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Shauna M Deluca

on behalf of Creditor HOMEPOINT FINANCIAL CORPORATION sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor HOMEPOINT FINANCIAL CORPORATION smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10