UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>SABIK SOTOLONGO | CASE NO: 21-19798<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 53<br>Judge: TBA<br>Hearing Date: October 1, 2025<br>Hearing Time: 10:00 a.m. |

On 9/4/2025, I did cause a copy of the following documents, described below,

Motion to Reopen ECF Docket Reference No. 53

Debtor's Certification 53

Exhibit A 53

Proposed Order 53

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/4/2025

/s/ David G. Beslow, Esq.
David G. Beslow, Esq.  5300
Attorney at Law
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017
973 677 9000
yrodriguez@goldmanlaw.org

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>SABIK SOTOLONGO | CASE NO: 21-19798<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 53<br>Judge: TBA<br>Hearing Date: October 1, 2025<br>Hearing Time: 10:00 a.m. |

On 9/4/2025, a copy of the following documents, described below,

Motion to Reopen ECF Docket Reference No. 53

Debtor's Certification 53

Exhibit A 53

Proposed Order 53

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/4/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow, Esq.
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
LAW OFFICES OF GROSSO  SARKISIAN
172 MARKET STREET
ELMWOOD PARK  NJ 07407

FIRST CLASS
GROSS POLOWY LLC
COURTNEY R SHED ESQ
95 MOUNT BETHEL ROAD SUITE 3
WARREN NJ 07059

FIRST CLASS
KML LAW GROUP PC
701 MARKET STREET SUITE 5000
PHILADELPHIA PA  19106

FIRST CLASS
ROBERTSON ANSCHUTZ SCHNEID CRANE PARTNERS PLLC
ATTN SHAUNA DELUCA ESQ
130 CLINTON RD 202
FAIRFIELD NJ 07004

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03122
CASE 21-19798-RG
DISTRICT OF NEW JERSEY
NEWARK
THU SEP 4 11-35-11 EDT 2025

NATIONSTAR MORTGAGE LLC
95 MOUNT BETHEL ROAD SUITE 3
WARREN NJ 07059-5169

SYNCHRONY BANK CO PRA RECEIVABLES MANAGEMEN
PO BOX 41021
NORFOLK VA 23541-1021

ASHLEY FUNDING SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

ATLANTIC FEDERAL CRED
PO BOX 618
KENILWORTH NJ 07033-0618

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA CO
RUBIN  ROTHMAN LLC
1787 VETERANS HIGHWAY STE 32
PO BOX 9003
ISLANDIA NY 11749-9003

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

CBNABEST BUY
PO BOX 790441
SAINT LOUIS MO 63179-0441

CECILIA RUIZ
28 ROOSEVELT AVENUE
DUMONT NJ 07628-2915

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850-5298

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850-5369

CITIBANK
CITICORP CREDIT SRVSCENTRALIZED BK DEP
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117-6217

CITIBANK NORTH AMERICA
CITIBANK SD MC 425
5800 SOUTH CORP PLACE
SIOUX FALLS SD 57108

CITIBANK NORTH AMERICA
PO BOX 6497
SIOUX FALLS SD 57117-6497

CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKTHE HOME DEPOT
PO BOX 6497
SIOUX FALLS SD 57117-6497

CLIFTON SEWER AUTHORITY
900 CLIFTON AVENUE
CLIFTON NJ 07013-2708

COMENITY BANKWAYFAIR
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY BANKWAYFAIR
PO BOX 182789
COLUMBUS OH 43218-2789

COSTCO ANYWHERE VISA CARD
ATTN BANKRUPTCY
PO BOX 6500
SIOUX FALLS SD 57117-6500

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
COSTCO ANYWHERE VISA CARD              DEPARTMENT OF EDUCATIONNELNET           DIGITAL FEDERAL CREDIT UNION
PO BOX 6190                            ATTN BANKRUPTCY                         220 DONALD LYNCH BLVD
SIOUX FALLS SD 57117-6190              PO BOX 82561                            MARLBOROUGH MA 01752-4708
                                       LINCOLN NE 68501-2561


HIGHER EDUCATION STUDENT ASSISTANCE    HIGHER EDUCATION STUDENT ASSISTANCE     HOME POINT FINANCIAL
AUTH                                   AUTH                                    4849 GREENVILLE AVENUE
4 QUAKENBRIDGE PLZ                     HESAA SERVICINGATTN BANKRUPTCY          DALLAS TX 75206-4130
TRENTON NJ 08619-1241                  PO BOX 548
                                       TRENTON NJ 08625-0548


HOME POINT FINANCIAL                   HOME POINT FINANCIAL CORPORATION        HOME POINT FINANCIAL CORPORATION
ATTN 11511 LUNA ROAD                   9726 OLD BAILES ROAD SUITE 200          ATTN CORRESPONDENCE AND PAYMENTS
SUITE 200                              FORT MILL SC 29707-7882                 11511 LUNA RD SUITE 300
FARMERS BRANCH TX 75234                                                        FARMERS BRANCH TX 75234-6451


JPMORGAN CHASE BANK NA                 KOHLSCAPITAL ONE                        KOHLSCAPITAL ONE
SBMT CHASE BANK USA NA                 ATTN CREDIT ADMINISTRATOR               PO BOX 3115
CO ROBERTSON ANSCHUTZ  SCHNEID PL      PO BOX 3043                             MILWAUKEE WI 53201-3115
6409 CONGRESS AVENUE SUITE 100         MILWAUKEE WI 53201-3043
BOCA RATON FL 33487-2853


LVNV FUNDING LLC                       NATIONSTAR MORTGAGE LLC                 NATIONSTAR MORTGAGE LLC
RESURGENT CAPITAL SERVICES             PO BOX 619096                           GROSS POLOWY LLC
PO BOX 10587                           DALLAS TX 75261-9096                    1775 WEHRLE DRIVE SUITE 100
GREENVILLE SC 29603-0587                                                       WILLIAMSVILLE NY 14221-7093


PORTFOLIO RECOVERY ASSOCIATES LLC      RADIUS GLOBAL                           RUBIN  ROTHMAN LLC
PO BOX 41067                           PO BOX 390905                           1787 VETERANS HIGHWAY STE 32
NORFOLK VA 23541-1067                  MINNEAPOLIS MN 55439-0905               PO BOX 9003
                                                                               ISLANDIA NY 11749-9003


SIMONS AGENCY INC                      SIMONS AGENCY INC                       SOLAR SPECTRUM
4963 WINTERSWEET DR                    ATTN BANKRUPTCY                         150 LINDEN STREET
LIVERPOOL NY 13088-2176                PO BOX 5026                             OAKLAND CA 94607-2538
                                       SYRACUSE NY 13220-5026


SYNCHRONY BANK                         SYNCHRONY BANK BY AIS                   SYNCHRONY BANKCARE CREDIT
CO PRA RECEIVABLES MANAGEMENT LLC      INFOSOURCE LP AS AGENT                  ATTN BANKRUPTCY DEPT
PO BOX 41021                           4515 N SANTA FE AVE                     PO BOX 965064
NORFOLK VA 23541-1021                  OKLAHOMA CITY OK 73118-7901             ORLANDO FL 32896-5064


SYNCHRONY BANKCARE CREDIT              SYNCHRONY BANKLOWES                     SYNCHRONY BANKLOWES
CO PO BOX 965036                       ATTN BANKRUPTCY                         PO BOX 956005
ORLANDO FL 32896-0001                  PO BOX 965060                           ORLANDO FL 32896-0001
                                       ORLANDO FL 32896-5060
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SYNCHRONY BANKOLD NAVY
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKOLD NAVY
PO BOX 965005
ORLANDO FL 32896-5005

SYNCHRONY BANKTJX
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANKTJX
PO BOX 965015
ORLANDO FL 32896-5015

SYNCHRONY BANKYAMAHA
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKYAMAHA
PO BOX 965073
ORLANDO FL 32896-5073

SYNCHRONY BANKHHGREGG
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKHHGREGG
CO PO BOX 965036
ORLANDO FL 32896-0001

SYNCHRONYASHLEY FURNITURE HOMESTORE
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONYASHLEY FURNITURE HOMESTORE
CO PO BOX 965036
ORLANDO FL 32896-0001

TARGET
PO BOX 673
MINNEAPOLIS MN 55440-0673

TARGET
CO FINANCIAL  RETAIL SRVS
MAILSTOP BT POB 9475
MINNEAPOLIS MN 55440-9475

THE HOME DEPOT CREDIT CARD CO
RADIUS GLOBAL SOLUTIONS LLC
PO BOX 390905
MINNEAPOLIS MN 55439-0905

TOYOTA FINANCIAL SERVICES
4 GATEHALL DR 350
PARSIPPANY NJ 07054-4518

TOYOTA FINANCIAL SERVICES
ATTN BANKRUPTCY
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

TOYOTA FSB
PO BOX 108
SAINT LOUIS MO 63166-0108

TOYOTA FSB
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102-5235

MARIEANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD NJ 07004-1550

DEBTOR
SABIK SOTOLONGO
3 CHAYTOR STREET
CLIFTON NJ 07013-1903

**JPMCB/AMAZON**

**PO BOX 15298
WILMINGTON, DE 19850-5298**