UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Attorneys for Debtor

David G. Beslow, Esq. DGB #5300

In Re:

SABIK SOTOLONGO

Debtor.

Case No.: 21-19798

Chapter: 13

Adv. No.: Click or tap here to enter text.

Hearing Date: Click or tap here to enter text.

Judge: TBAl

# CERTIFICATION OF SERVICE

1. I, Yamis Rodriguez:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for David G. Beslow, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On September 19, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    -Motion to Reopen
    -Debtor's Certification
    -Proposed Order
    -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    September 19, 2025                         /s/Yamis Rodriguez
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Digital Federal Credit Union<br>Attn: Bankruptcy Dept.<br>PO Box 9130<br>Marlborough, MA 01752 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronically mailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates LLC<br>c/o The Home Depot<br>PO Box 41067<br>Norfolk, VA 23511 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates LLC<br>c/o Best Buy<br>PO Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronically mailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*