UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Attorneys for Debtor, Sabik Sotolongo
David G. Beslow, Esq.  #DGB-5300

Order Filed on October 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SABIK SOTOLONGO

Case No.: 21-19798

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: October 15, 2025**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the motion of _____ Sabik Sotolongo, Debtor _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☒ A Trustee shall be appointed.

   ☐ A Trustee shall not be appointed.

3. ☒ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*