UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Attorneys for Debtor, Sabik Sotolongo
David G. Beslow, Esq. #DGB-5300

Order Filed on October 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
SABIK SOTOLONGO

Case No.: 21-19798
Hearing Date: October 15, 2025
Judge: TBA
Chapter: 13

Recommended Local Form: ☐ Followed  ☒ Modified

# AMENDED ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

DATED: October 22, 2025

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____Sabik Sotolongo, debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☒ A Trustee shall be appointed.

   ❑ A Trustee shall not be appointed.

3. ☒ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within \_\_\_\_\_ days for closing eligibility. The case may be closed upon entry of the discharge.

5. Subject to paragraph 3 above, the case shall remain open indefinitely pending the disposition of the debtor's personal injury action.

6. All non-exempt proceeds of the personal injury action shall be turned over to the Chapter 13 Trustee for distribution to creditors.

7. An application to retain special counsel for the personal injury action shall be filed within 14 days of entry of the order re-opening the case.

8. This Order amends and supersedes the Order entered on October 15, 2025 at Docket No. 57.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2