Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  21−19798−TBA
                    Chapter:  13
                    Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sabik Sotolongo
   aka Sabik Ruiz
   3 Chaytor Street
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−5547

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/5/25 at 10:00 AM

to consider and act upon the following:

*60* − Amended Schedule(s) : A/B,C,Summary of Schedules,Other Schedules re:Schedules A/B & C filed by David G. Beslow on behalf of Sabik Sotolongo. (Beslow, David)

*61* − Objection to Amended Schedule C (related document:60 Amended Schedule(s) : A/B,C,Summary of Schedules,Other Schedules re:Schedules A/B & C filed by David G. Beslow on behalf of Sabik Sotolongo. filed by Debtor Sabik Sotolongo) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/23/25

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court