GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017

Re: SABIK SOTOLONGO
3 CHAYTOR STREET
CLIFTON, NJ 07013

Atty: GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 21-19798**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $8,310.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/28/2022 | $150.00 | 8237081000 | 03/01/2022 | $225.00 | 8307678000 |
| 04/01/2022 | $150.00 | 8376480000 | 05/02/2022 | $225.00 | 8436179000 |
| 05/31/2022 | $225.00 | 8495040000 | 07/01/2022 | $225.00 | 8559434000 |
| 08/01/2022 | $225.00 | 8619711000 | 08/31/2022 | $240.00 | 8679230000 |
| 10/03/2022 | $240.00 | 8741756000 | 11/01/2022 | $240.00 | 8800924000 |
| 12/01/2022 | $240.00 | 8856951000 | 01/03/2023 | $240.00 | 8913345000 |
| 01/31/2023 | $240.00 | 8968073000 | 03/01/2023 | $240.00 | 9027787000 |
| 04/03/2023 | $240.00 | 9088323000 | 05/01/2023 | $240.00 | 9140114000 |
| 06/01/2023 | $240.00 | 9197983000 | 07/03/2023 | $240.00 | 9253421000 |
| 07/31/2023 | $240.00 | 9300596000 | 08/02/2023 | $240.00 | 9306225000 |
| 08/03/2023 | ($240.00) | 9300596000 | 09/01/2023 | $240.00 | |
| 09/29/2023 | $240.00 | | 11/03/2023 | $240.00 | |
| 12/01/2023 | $240.00 | | 01/02/2024 | $240.00 | |
| 02/02/2024 | $240.00 | | 03/01/2024 | $240.00 | |
| 03/29/2024 | $240.00 | | 05/03/2024 | $240.00 | |
| 06/04/2024 | $240.00 | | 07/08/2024 | $240.00 | |
| 08/02/2024 | $240.00 | | 08/30/2024 | $240.00 | |
| 10/02/2024 | $240.00 | | 10/25/2024 | $240.00 | |
| 11/22/2024 | $240.00 | | 12/30/2024 | $240.00 | |

**Total Receipts: $8,385.00 - Amount Refunded to Debtor: $75.00 = Receipts Applied to Plan: $8,310.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ASHLEY FUNDING SERVICES, LLC | | | | | | |
| | 01/13/2025 | $1.00 | 939,055 | 01/13/2025 | $1.88 | 939,055 |

**Chapter 13 Case # 21-19798**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 08/19/2024 | $47.48 | 931,890 | 09/16/2024 | $44.51 | 933,353 |
| | 10/21/2024 | $43.93 | 934,752 | 11/18/2024 | $44.04 | 936,238 |
| | 12/16/2024 | $44.00 | 937,621 | 01/13/2025 | $30.25 | 939,062 |
| HOME POINT FINANCIAL CORPORATION | | | | | | |
| | 09/18/2023 | $314.05 | 916,418 | 10/16/2023 | $224.40 | 917,890 |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 08/19/2024 | $50.39 | 931,599 | 08/19/2024 | $9.68 | 931,599 |
| | 09/16/2024 | $9.07 | 933,085 | 09/16/2024 | $47.16 | 933,085 |
| | 10/21/2024 | $46.72 | 934,443 | 10/21/2024 | $8.98 | 934,443 |
| | 11/18/2024 | $8.95 | 935,934 | 11/18/2024 | $46.68 | 935,934 |
| | 12/16/2024 | $46.69 | 937,313 | 12/16/2024 | $8.97 | 937,313 |
| | 01/13/2025 | $6.17 | 938,739 | 01/13/2025 | $32.10 | 938,739 |
| LVNV FUNDING LLC | | | | | | |
| | 08/19/2024 | $13.94 | 932,225 | 09/16/2024 | $13.07 | 933,650 |
| | 10/21/2024 | $12.90 | 935,086 | 11/18/2024 | $12.93 | 936,544 |
| | 12/16/2024 | $12.92 | 937,934 | 01/13/2025 | $8.88 | 939,362 |
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 11/13/2023 | $220.80 | 918,633 | 12/11/2023 | $220.80 | 920,068 |
| | 01/08/2024 | $220.80 | 921,477 | 02/12/2024 | $220.80 | 922,808 |
| | 03/11/2024 | $220.80 | 924,278 | 04/15/2024 | $220.80 | 925,687 |
| | 05/10/2024 | $220.80 | 927,195 | 06/17/2024 | $220.80 | 928,556 |
| | 07/15/2024 | $212.56 | 930,073 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 08/19/2024 | $17.01 | 8,004,210 | 08/19/2024 | $40.20 | 8,004,210 |
| | 09/16/2024 | $15.94 | 8,004,251 | 09/16/2024 | $37.63 | 8,004,251 |
| | 10/21/2024 | $15.77 | 8,004,295 | 10/21/2024 | $37.28 | 8,004,295 |
| | 11/18/2024 | $15.75 | 8,004,336 | 11/18/2024 | $37.23 | 8,004,336 |
| | 12/16/2024 | $15.77 | 8,004,376 | 12/16/2024 | $37.25 | 8,004,376 |
| | 01/13/2025 | $10.84 | 8,004,416 | 01/13/2025 | $25.61 | 8,004,416 |
| SYNCHRONY BANK | | | | | | |
| | 08/19/2024 | $64.21 | 932,695 | 09/16/2024 | $60.10 | 934,073 |
| | 10/21/2024 | $59.55 | 935,571 | 11/18/2024 | $59.49 | 936,976 |
| | 12/16/2024 | $59.50 | 938,384 | 01/13/2025 | $40.91 | 939,814 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 489.26 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,000.00 | 100.00% | 4,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ATLANTIC FEDERAL CRED | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 12,190.68 | * | 254.21 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CBNA/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CECILIA RUIZ | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | JPMORGAN CHASE BANK NA | UNSECURED | 12,935.41 | * | 269.74 | |
| 0011 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,367.72 | * | 91.08 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,320.11 | * | 215.20 | |
| 0017 | CLIFTON SEWER AUTHORITY | SECURED | 0.00 | 100.00% | 0.00 | |
| 0018 | COMENITY BANK/WAYFAIR | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | LVNV FUNDING LLC | UNSECURED | 3,579.35 | * | 74.64 | |
| 0022 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | DIGITAL FEDERAL CREDIT UNION | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0026 | HIGHER EDUCATION STUDENT ASSISTAN | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-19798**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0028 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRI | 2,517.41 | 100.00% | 2,517.41 | |
| 0029 | JPMCB/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | SYNCHRONY BANK | UNSECURED | 16,484.64 | * | 343.76 | |
| 0039 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | SYNCHRONY BANK/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | SYNCHRONY BANK/YAMAHA | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | SYNCHRONY BANK/HHGREGG | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SYNCHRONY/ASHLEY FURNITURE HOMI | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | TOYOTA FSB | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | JPMORGAN CHASE BANK NA | UNSECURED | 2,485.64 | * | 51.82 | |
| 0062 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 47.90 | * | 1.00 | |
| 0070 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 90.39 | * | 1.88 | |

**Total Paid: $8,310.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 16, 2026.

Receipts: $8,310.00 - Paid to Claims: $3,820.74 - Admin Costs Paid: $4,489.26 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.