UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>SABIK SOTOLONGO | Case No.: 21-19798-MEH<br>Chapter: 13<br>Judge: MEH |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Sabik Sotolongo, the debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: United States Bankruptcy Court
PO Box 1352
Newark, NJ 07101

If an objection is filed, a hearing will be held before the Honorable Mark E. Hall on November 18, 2026 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3E, 50 Walnut Street, Newark, NJ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal injury settlement

Pertinent terms of settlement: Gross settlement $122,000 to be distributed as follows: (i) $40,126.67 to Special Counsel; (ii) $717.04 to Salvatore Patti, DC, (iii) $1,466.22 to Pascack Valley Medical Center, (iv) $435.00 to Oasis Medical, (v) $410.20 to Contemporary Diagnostic, (vi) $28,826.01 to debtor in accordance with her exemptions, and (vii) $50,018.86 to the Chapter 13 Trustee

Objections must be served on, and requests for additional information directed to:

Name: David G. Beslow, Esq. Goldman & Beslow, LLC

Address: 7 Glenwood Avenue, Suite 311B, East Orange, NJ 07017

Telephone No.: (973) 677-9000

*rev.8/1/15*