# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

IN RE:

Sabik Sotolongo

CASE NO: 21-19798

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

---

On 10/16/2026, I did cause a copy of the following documents, described below,

Notice Of Motion To Approve Settlement

Debtor's Certification

Settlement Statement

Certification Of Special Counsel

Proposed Order

Notice Of Proposed Compromise

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/16/2026

/s/ David G. Beslow, Esq.
David G. Beslow, Esq. 5300

Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
973-677-9000
cdaniel@goldmanlaw.org

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

IN RE:

Sabik Sotolongo

CASE NO: 21-19798

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/16/2026, a copy of the following documents, described below,

Notice Of Motion To Approve Settlement

Debtor's Certification

Settlement Statement

Certification Of Special Counsel

Proposed Order

Notice Of Proposed Compromise

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/16/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow, Esq.
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

SABIK SOTOLONGO LIST OF CREDITORS
BANK OF AMERICA, N.A.
PO BOX 673033
DALLAS, TX 75267-3033

SABIK SOTOLONGO
3 CHAYTOR STREET
CLIFTON, NJ 07013

LVNV FUNDING, LLC &
ASHLEY FUNDING SERVICES, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603

JPMORGAN CHASE BANK, N.A.
S/B/M/T CHASE BANK USA, N.A.
C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487

NATIONSTAR MORTGAGE LLC
P.O. BOX 619096
DALLAS, TX 75261-9741

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541-0000

DIGITAL FEDERAL CREDIT UNION
ATTN: BANKRPTCY DEPT
P.O. BOX 9130
MARLBOROUGH, MA 01752

PORTFOLIO RECOVERY ASSOCIATES, LLC
C/O THE HOME DEPOT, BEST BUY
POB 41067
NORFOLK VA 23541

MARIE-ANN GREENBERG, ESQ.,
30 TWO BRIDGES ROAD - SUITE 330
FAIRFIELD, N.J. 07004

DENISE CARLON ESQUIRE
KML LAW GROUP, P.C.
701 MARKET STREET, SUITE 5000
PHILADELPHIA, PA 19106

COURTNEY R SHED, ESQ. -
GROSS POLOWY LLC
95 MOUNT BETHEL ROAD, SUITE 3
WARREN, NJ 07059

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS,
PLLC
AUTHORIZED AGENT FOR SECURED CREDITOR
130 CLINTON RD #202
FAIRFIELD, NJ 07004

HOME POINT FINANCIAL CORPORATION
ATTN: CORRESPONDENCE AND PAYMENTS
11511 LUNA RD SUITE 300 SUITE 300
FARMERS BRANCH, TX 75234

JPMORGAN CHASE BANK, N.A. S/B/M/T
CHASE BANK USA, N.A.
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487

LAW OFFICE OF GROSSO & SARKISIAN
172 MARKET STREET
ELMWOOD PARK, NJ 07407